IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | Criminal No. – JFM-10-119 |
| | * | |
| SHALABY PORTER | * | |

******

## MEMORANDUM

Shalaby Porter has filed a motion for reduction of sentence. The Government has filed a response. Porter has not filed a reply.

Porter's motion will be denied. He is a career offender, and therefore he is not eligible for a sentencing reduction pursuant to Amendment 782. *See United States .v France*, 637 F. App'x 733, 734 (4th Cir. 2016).

A separate order denying Porter's motion is being entered herewith.

Date: July 1, 2017

J. Frederick Motz
United States District Judge

2017 FEB -1 AM 11:41
FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
CLERK'S OFFICE
AT BALTIMORE
BY_____ DEPUTY